TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00183-CV






AVE, Inc. and John Coil, Appellant


v.


Comal County, Texas, Appellee






FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NO. C-2002-859-C, HONORABLE DON B. MORGAN, JUDGE PRESIDING





O R D E R T O S H O W A U T H O R I T Y

PER CURIAM

 Having reviewed the record and Comal County's motion to dismiss, we order
John Fahle, the appellants' attorney, to show he has authority to represent AVE, Inc. in light of
John Coil's forfeiture of his ownership interest in the company. See Tex. R. Civ. P. 12. Fahle is
ordered to file appropriate, verified documentation from AVE, Inc., demonstrating such authority
and demonstrating AVE, Inc.'s status as a corporation in good standing in Texas on or before
April 21, 2008.


Before Justices Patterson, Puryear and Henson

Filed: March 28, 2008